UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

THE COUNTY COMMISSION OF
FAYETTE COUNTY, WEST VIRGINIA,
a Political Subdivision of the State of W. Va.,
Plaintiff, and ANITA STEWART, D.O. FAYETTE CO.
HEALTH OFFICER, Fayette Co. Health Department,
Plaintiff, *Ex Rel.* ANTHONY CILIBERTI, JR. ESQ.,
Fayette County Prosecuting Attorney, Relator
    Plaintiffs,

v.    Civil Action No.: 2:22-cv-00441
*(Consolidated with Civil Action Nos.*
*2:23-cv-00142 & 2:23-cv-00205)*
Judge Irene C. Berger

GADSEN, GAILLARD, AND WEST, LLC
a dissolved South Carolina Limited Liability Company,
and DENNIS EUGENE WEST, an Individual
and Resident of South Carolina, and
INTEGON NATIONAL INSURANCE COMPANY,
a North Carolina Corporation,
    Defendants,

and

KANAWHA COUNTY COMMISSION,
    Plaintiff,

v.    Civil Action No.: 2:23-cv-00142
*(Consolidated with Civil Action Nos.*
*2:22-cv-00441 & 2:23-cv-00205)*
Judge Irene C. Berger

GADSEN, GAILLARD, AND WEST, LLC,
DENNIS WEST, and INNOSPEC ACTIVE
CHEMICALS LLC,
    Defendants,

and

INNOSPEC ACTIVE CHEMICALS LLC,
    Cross-Claim Plaintiff,

v.

**DENNIS WEST and GADSEN, GAILLARD, AND WEST, LLC,**
    Cross-Claim Defendants,

and

**INNOSPEC ACTIVE CHEMICALS LLC,**
    Third-Party Plaintiff,

v.

**PINNACLE TRUCKING, LLC D/B/A PINNACLE FREIGHT; and BECKER LOGISTICS, LLC,**
    Third-Party Defendants,

and

**BECKER LOGISTICS, LLC,**
    Cross-Claim Defendant,

v.

**PINNACLE TRUCKING, LLC D/B/A PINNACLE FREIGHT,**
    Cross-Claim Defendant,

and

**ANDY KEES, LORA KEES, CHEYENNE KEES, ANDI DANIELLE KEES and MARY KEES,**
    Plaintiffs,

v.                                                     Civil Action No.: 2:23-CV-00205
                                                        *(Consolidated with Civil Action Nos.*
                                                        *2:22-cv-00441 & 2:23-cv-00142)*
                                                        Judge Irene C. Berger

**DENNIS WEST; GADSDEN, GAILLARD, AND WEST, LLC; INNOSPEC ACTIVE CHEMICALS LLC; and PINNACLE TRUCKING, LLC D/B/A PINNACLE FREIGHT,**
    Defendants.

2

**and**

**INNOSPEC ACTIVE CHEMICALS LLC,**
 **Cross-Claim Plaintiff,**

**v.**

**DENNIS WEST and GADSEN, GAILLARD, AND WEST, LLC,**
 **Cross-Claim Defendants,**

**and**

**INNOSPEC ACTIVE CHEMICALS LLC,**
 **Third-Party Plaintiff,**

**v.**

**PINNACLE TRUCKING, LLC D/B/A PINNACLE FREIGHT; and BECKER LOGISTICS, LLC,**
 **Third-Party Defendants.**

**and**

**BECKER LOGISTICS, LLC,**
 **Cross-Claim Defendant,**

**v.**

**PINNACLE TRUCKING, LLC D/B/A PINNACLE FREIGHT,**
 **Cross-Claim Defendant**

## AGREED ORDER OF DISMISSAL, WITH PREJUDICE

The parties to this Consolidated Civil Action No. 2:22-cv-00441, all by their respective counsel, announced to the Court that all claims that were asserted or could have been asserted by any party in any of these consolidated actions have been fully settled and compromised, with each party to pay its own costs, expenses and attorneys fees.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this consolidated action—including each action captioned herein—shall be, and is hereby,

**DISMISSED, WITH PREJUDICE**, and shall be **STRICKEN** and **REMOVED** from the docket of this Court.

The Clerk is hereby **DIRECTED** to send certified copies of this Order upon its entry to counsel of record as set forth below.

It is so **ORDERED.**

ENTERED this _____ day of _____, 2024.

 

_____
Honorable Irene C. Berger
United States District Judge
Southern District of West Virginia

**JOINTLY PRESENTED BY:**

| */s/ Kayla S. Reynolds* | */s/ Michael O. Callaghan* |
|---|---|
| Isaac R. Forman (WVSB #11668) | Michael O. Callaghan *(WVSB #5509)* |
| Kayla S. Reynolds (WVSB #13268) | Chief Assistant Fayette Co. Prosecuting |
| Hissam Forman Donovan Ritchie PLLC | Atty. OFFICE OF THE FAYETTE |
| 707 Virginia Street, Suite 201 | COUNTY PROSECUTING ATTORNEY |
| Charleston, West Virginia 25301 | ENVIRONMENTAL & PUBLIC HEALTH |
| *Counsel for Plaintiff Kanawha County Commission* | PROTECTION UNIT |
| | c/o NEELY & CALLGAHAN |
| | 1337 Virginia Street East |
| | Charleston, WV 25301 |
| | *Counsel for Plaintiff the County Commission of Fayette County, West Virginia & Anita Stewart, D.O., Fayette County Health Officer, Ex. Rel.: Anthony Ciliberti, Jr., Esq., Fayette Co. Prosecuting Attorney* |

| | |
|---|---|
| */s/ D. Scott Tyree*<br>D. Scott Tyree (WVSB #6387)<br>Tyree Embree and Associates, PLLC<br>Hurricane, West Virginia 25526<br>*Counsel for Plaintiffs Andy Kees, Lora Kees, Cheyenne Kees, Andi Danielle Kees, and Mary Kees* | */s/ Gerald M. Titus III*<br>Gerald M. Titus III (WVSB #9392)<br>David L. Yaussy (WVSB #4156)<br>Spilman Thomas & Battle, PLLC<br>300 Kanawha Boulevard, East<br>P.O. Box 273<br>Charleston, West Virginia 25321<br>*Counsel for Defendants Gadsden, Gaillard, and West, LLC and Dennis Eugene West* |
| */s/ Stephen M. Fowler*<br>Stephen M. Fowler (WVSB #5113)<br>Jacob D. Layne (WVSB #11973)<br>Pullin Fowler Flanagan Brown & Poe, PLLC<br>901 Quarrier Street<br>Charleston, WV  25301<br>*Counsel for Innospec Active Chemicals LLC* | */s/ Tanya M. Kesner*<br>Brent K. Kesner (WVSB #2022)<br>Tanya M. Kesner (WVSB #5162)<br>Kesner & Kesner, PLLC<br>112 Capitol Street<br>Charleston, West Virginia 25329<br>*Counsel for Third-Party Defendant Pinnacle Trucking, LLC d/b/a Pinnacle Freight* |
| */s/ Michelle L. Gorman*<br>Michelle L. Gorman (WVSB #7329)<br>Lewis Brisbois Bisgaard & Smith LLP<br>3054 Pennsylvania Avenue<br>Weirton, West Virginia 26062<br>*Counsel for Third-Party Defendant Pinnacle Trucking, LLC d/b/a Pinnacle Freight* | */s/ Lee Murray Hall*<br>Lee Murray Hall, Esq. (WVSB #6447)<br>Alexis A. Nash, Esq. (WVSB #14003)<br>JENKINS FENSTERMAKER, PLLC P.O. Box 2688 Huntington, WV 25722<br>Telephone: (304) 523-2100<br>*Counsel for Integon National Insurance Company* |